STATE OF NEW JERSEY v. ROBERT L. BRANCH.

February 27, 1979. Petition for certification granted.

RICHARD R. GEARING v. BOARD OF EDUCATION OF THE BOROUGH OF MANASQUAN.

February 27, 1979. Petition for certification denied.

CHARLES R. BIACHE v.
MERCER COUNTY BD. OF CHOSEN FREEHOLDERS.

February 27, 1979. Petition for certification denied.

CHARLES R. BIACHE v.
MERCER COUNTY BD. OF CHOSEN FREEHOLDERS.

February 27, 1979. Cross-Petitions for certification denied.

STATE OF NEW JERSEY v. RALPH RIVERS.

February 27, 1979. Petition for certification denied.

HERBERT A. COCHRANE v. KARL N. MARX.

February 27, 1979. Petition for certification denied.